RECEIVED
MAY 12 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO.: 6:98-cr-60027-02 |
| VERSUS | * | |
| | * | JUDGE PATRICIA MINALDI |
| JOSEPH ROBICHEAUX | * | MAG. JUDGE MICHAEL HILL |

## MEMORANDUM ORDER

Presently before the court is a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Rec. Doc. 368). For the following reasons, the motion will be **DENIED**.

On October 14, 1998, Robicheaux was sentenced to 285 months after he was found guilty of conspiring to possess with intent to distribute crack-cocaine in violation of 21 U.S.C. §846.[1] Based on the pre-sentence report, the court determined that the defendant was accountable for 36.5 kilograms of crack-cocaine. Under the 1998 Guidelines, this gave the defendant a base offense level of 38. Robicheaux now moves to lower his sentence under 18 U.S.C. §3582(c)(2) based on the retroactive 2014 amendments made to U.S.S.G. §2D1.1, the Drug Quantity Table. The defendant argues that he could have been accountable for only 24 kilograms of crack-cocaine which would entitle him to a two-point reduction in his base offense level under the amendments.[2] However, the sentencing court specifically found, when overruling one of the defendant's objections, that he was accountable for 36.5 kilograms of crack-cocaine. Under the new Guideline's Drug Quantity Table, 36.5 kilograms of crack-cocaine would result in the same base

---

[1] Judgment (Rec. Doc. 271) (filed under seal).

[2] Memo. in Support (Rec. Doc. 375), p. 2.

1

offense level—38. The amendments to the Drug Quantity Table do not affect the defendant's base offense level or Guidelines range. Therefore, Robicheaux is not entitled to a two-point reduction under 18 U.S.C. §3582. Accordingly,

**IT IS ORDERED** that Robicheaux's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Rec. Doc. 368) is **DENIED.**

**SIGNED** at Alexandria, Louisiana, this 12th day of May, 2017.

> **DEE D. DRELL, CHIEF JUDGE**
> **UNITED STATES DISTRICT JUDGE**